**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 23 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 18-10477 |
| Plaintiff-Appellee, | 18-10478 |
| v. | D.C. Nos. 4:17-cr-00730-CKJ-JR-1 |
| | 4:15-cr-01146-CKJ-JR-1 |
| CARLOS GOMEZ-ROBLES, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted September 18, 2019[**]

Before:    FARRIS, TASHIMA, and NGUYEN, Circuit Judges.

In these consolidated appeals, Carlos Gomez-Robles appeals his guilty-plea

conviction and 57-month sentence for reentry of a removed alien, in violation of 8

U.S.C. § 1326, and the revocation of supervised release and partially consecutive

21-month sentence imposed upon revocation. Pursuant to *Anders v. California*,

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

386 U.S. 738 (1967), Gomez-Robles's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Gomez-Robles the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Gomez-Robles waived his right to appeal his conviction, the revocation of supervised release, and his sentences. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waivers. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss these appeals. *See id*. at 988.

Appellee's motion for leave to file its late letter is **GRANTED.**

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**